HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, Oregon Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SERGIO RODRIGUEZ-GASTELUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00220 LJO |
| Plaintiff, | STIPULATION TO ADVANCE STATUS CONFERENCE; ORDER |
| vs. | |
| SERGIO RODRIGUEZ-GASTELUM, | DATE: November 17, 2014<br>TIME: 8:30 a.m. |
| Defendant. | JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and through the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Erin Snider, Counsel for Defendant Sergio Rodriguez-Gastelum, that the status conference set for December 15, 2014, **may be advanced and rescheduled to November 17, 2014, at 8:30 a.m.** for a change of plea before the Honorable Lawrence J. O'Neill.

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on November 17, 2014.

///

///

///

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 5, 2014        By:   */s/ Mia A. Giacomazzi*
                                     MIA A. GIACOMAZZI
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 5, 2014        By:   */s/ Erin Snider*
                                     ERIN SNIDER
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     SERGIO RODRIGUEZ-GASTELUM


**O R D E R**

IT IS SO ORDERED.

   Dated:   **November 6, 2014**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE